UNITED STATES of America,
Plaintiff–Appellee

v.

Carl CRAFT, Defendant–Appellant.

No. 08–60132
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2008.

Paul David Roberts, Assistant U.S. Attorney, U.S. Attorney's Office Northern

---

District of Mississippi, Oxford, MS, for Plaintiff–Appellee.

Thomas Constantine Levidiotis, Oxford, MS, for Defendant–Appellant.

Before STEWART, OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Carl Craft pleaded guilty to one count of possession of implements used to make counterfeit payroll checks. The district court imposed a non-guideline sentence of 60 months in prison, which was twice the advisory guidelines range maximum of 30 months. Craft argues that this sentence is substantively unreasonable.

The record shows that the district court specifically considered Craft's criminal history, his victimization of vulnerable code-fendants, the need to deter his future criminal conduct, the need to protect the public, the need to promote respect for the law, and the need to provide a just punishment. We conclude that the district court did not abuse its discretion in sentencing Craft because it properly considered the 18 U.S.C. § 3553(a) factors and provided sufficiently detailed reasons for arriving at the sentence imposed. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *United States v. Williams,* 517 F.3d 801, 808–09 (5th Cir.2008). Furthermore, the extent of the variance was not unreasonable given the evidence before the district court. *See United States v. Simkanin,* 420 F.3d 397, 419 (5th Cir.2005); *United States v. Rajwani,* 476 F.3d 243, 251–53 (5th Cir.),

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*modified on reh'g,* 479 F.3d 904 (5th Cir. 2007).

Accordingly, the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Margarito IBANEZ–MARTINEZ,**
**Defendant–Appellant.**

**No. 08–50043**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Scott M. Tidwell, Tidwell & Tidwell, Odessa, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

